# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (AT CINCINNATI)

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually, and as the representatives of a class of similarly-situated persons, | Civil Action No.: 1:16-cv-00301-MRB |
| Plaintiffs, | Judge: Michael R. Barrett |
| v. | **NOTICE OF FILING DEPOSITION** |
| IPC, INC d/b/a PLATINUMCODE., and JOHN DOES 1-10, | |
| Defendants. | |

Notice is hereby given that the following deposition taken as if upon cross-examination before a notary public is being filed with the Court contemporaneously with the filing of this Notice:

1. Ron Griffith (taken 4/27/18).

        Respectfully submitted,

        PHYSICIANS HEALTHSOURCE, INC.,
        individually and as the representative of a class of
        similarly-situated persons

        */s/Matthew E. Stubbs*
        Matthew E. Stubbs (0066722)
        MONTGOMERY, RENNIE & JONSON
        36 E. Seventh Street, Suite 2100
        Cincinnati, Ohio  45202
        (513) 241-4722
        (513) 241-8775 (fax)
        Email: mstubbs@mrjlaw.com

/s/Brian J. Wanca
Brian J. Wanca (pro hac vice)
Ross Good (pro hac vice)
Ryan Kelly (pro hac vice)
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501
bwanca@andersonwanca.com
rgood@andersonwanca.com
rkelly@andersonwanca.com

*Attorneys for Plaintiff Physicians Healthsource, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on, June 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Matthew E. Stubbs*
Matthew E. Stubbs